UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

WNI 15-005127
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Elizabeth L. Wassall - 023211995
Jeffrey Rappaport - 003431991
ATTORNEYS FOR WELLS FARGO BANK, N.A

IN RE:

SAMUEL BONHOMME, DEBTOR

Order Filed on January 10, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

CASE NO.: 18-23985-SLM

HEARING DATE: NOVEMBER 14, 2018

JUDGE: HONORABLE STACEY L. MEISEL

## CONSENT ORDER RESOLVING OBJECTION TO DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: January 10, 2019**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Wells Fargo Bank, N.A, hereinafter "Creditor", upon the filing of an Objection to Debtor's Motion to Extend Automatic Stay and due notice of said Objection and the supporting Certification having been given by mail to the Trustee, the Debtor and the attorney for the Debtor, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown

1. On July 18, 2018, Debtor filed a Motion to Extend Stay as to Creditor, Wells Fargo Bank, N.A.

2. Creditor, Wells Fargo Bank, N.A, filed a timely Objection to Debtor's Motion to Extend the Automatic Stay on August 1, 2018.

3. Debtor and Creditor have since resolved this Objection through the following provisions.

4. The Automatic Stay will be extended for a period of ninety (90) days from entry of this Order.

5. Debtor may submit an Order to extend the Stay under the 7-day rule, at the end of the ninety (90) days, with notice to Shapiro & DeNardo, LLC.

6. Starting August 1, 2018, Debtor also agrees to maintain all contractually due payments, which currently amount to $2,957.81, for the life this bankruptcy.

7. If the Debtor(s) fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor(s) failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor(s) Counsel and Debtor(s) as required by the local bankruptcy rules.

8. Debtor agrees that in the event the instant bankruptcy (18-23985-SLM) dismisses, or Secured Creditor obtains relief from the automatic stay during the duration of this case, any future bankruptcy filings within one (1) year of the date of entry of this Order by the Debtor, Samuel Bonhomme, individually or jointly, shall not invoke the automatic stay against Wells Fargo Bank, N.A., or its assignees with regard to the subject property commonly known as 110 Washington Place, Teaneck, New Jersey 07666-6100.

We hereby consent to the form, content, and entry of the within Order.

Shapiro & DeNardo, LLC

_____    Date: 1-4-19
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____    Date: 1/4/19
Russell L Low, Esquire
Attorney for the Debtor